UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
GEICO GENERAL INSURANCE COMPANY
a/s/o M.I. LEHMANN,

                Plaintiff,

                                          JUDGMENT
                                          19-cv-1971 (ENV) (SMG)

      v.

UNITED STATES OF AMERICA,

                Defendant.
------------------------------------------------------------ X

      An Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on December 9, 2019, dismissing plaintiff's complaint against defendant and all claims therein, with prejudice, pursuant to Fed. R. Civ. P. 4l(a)(l)(A)(ii), without costs or fees to any party as against any other; it is

      ORDERED and ADJUDGED that plaintiff's complaint against defendant and all claims therein are dismissed, with prejudice, pursuant to Fed. R. Civ. P. 4l(a)(l)(A)(ii), without costs or fees to any party as against any other.

Dated: Brooklyn, NY                                            Douglas C. Palmer
      December 10, 2019                                    Clerk of Court

                                                                By:   /s/*Jalitza Poveda*
                                                                         Deputy Clerk